05-MJ-00377-STIP

Magistrate Judge James P. Donohue

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  UNITED STATES OF AMERICA,

NO.  05-00377JPD

10              Plaintiff,

STIPULATION   AND   (PROPOSED)
ORDER MODIFYING CONDITIONS OF
APPEARANCE BOND

11      v.

12  HARLIS BERNARD GENTRY,

13              Defendant.

14

### I.   STIPULATION

15      IT IS HEREBY STIPULATED by Cassandra L. Stamm, attorney for

16  Harlis Gentry, and Jill Otake, Assistant United States Attorney,

17  that defendant Harlis Gentry may have, subject to the approval

18  of the Court, his conditions of pretrial release modified as set

19  forth below.

20

21

### II.   ORDER

22      THIS MATTER came before the above-entitled Court on the defendant's Motion to

23  Modify Conditions of Appearance Bond and the above stipulation of the parties.  This Court

24  has now considered said matters along with the Memorandum and Declaration of Counsel

25  filed by defendant in support thereof.  NOW THEREFORE, the Court does hereby MODIFY

26  the Appearance Bond dated July 28, 2005, as follows:

MOTION, MEMORANDUM, AND DECLARATION
OF COUNSEL TO MODIFY CONDITIONS OF
APPEARANCE BOND
(Gentry, No. C05-0377JPD)

1]

Horwitz & Stamm, PLLC
119 First Avenue South, Suite 500
Seattle, Washington 98104
(206) 264-8586

Harlis Gentry shall be permitted to travel to Nevada during the period from September 10-24, 2005, as directed by Pretrial Services and so long as he remains in compliance with his other conditions.   All other conditions of release in the Appearance Bond dated July 28, 2005, shall remain in full force and effect.

DONE this __30th__ day of __August__, 2005.


_James P. Donohue_
_____
HONORABLE JAMES P. DONOHUE
United States Magistrate Judge

Presented by:


s/ Cassandra Stamm at Seattle, WA
Cassandra Stamm
Attorney for defendant Alexander
Horwitz & Stamm, PLLC
119 First Avenue South, Suite 500
Seattle, Washington 98104
Phone:   (206) 264-8586
Fax:   (206) 682-3002
casey@seattlecriminalattorney.com


Received, approved for filing:


s/ Jill Otake at Seattle, WA
Jill Otake
Assistant United States Attorney
700 Stewart Street, suite 5220
Seattle, Washington 98101
Phone:   (206) 553-7970
Fax:   (206) 553-0755
  jill.otake@usdoj.gov


*MOTION, MEMORANDUM, AND DECLARATION*
*OF COUNSEL TO MODIFY CONDITIONS OF*
*APPEARANCE BOND*                            2
*(Gentry, No. C05-0377JPD)*